**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Inversiones Alsacia S.A., | : | Case No. 14-12896 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 99.577.400-3 | : | |

------------------------------------------------------------- X

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Express de Santiago Uno S.A., | : | Case No. 14-12897 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 99.577.390-2 | : | |

----------------------------------------------------------- X

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Inversiones Eco Uno S.A., | : | Case No. 14-12898 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 76.195.710-4 | : | |

----------------------------------------------------------- X

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Panamerican Investments Ltd., | : | Case No. 14-12899 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 43471 | : | |

----------------------------------------------------------- X

## ORDER DIRECTING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

### ("JOINT ADMINISTRATION ORDER")

Upon the motion (the "Motion")[1] of Inversiones Alsacia S.A. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order directing the joint administration of the Debtors' related chapter 11 cases, as more fully described in the Motion; and upon First Day Declaration, filed concurrently with the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by the Court under Case No. 14-12896 (MG).

3.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Inversiones Alsacia S.A., *et al.*,[1]                    :        Case No. 14-12896 (MG)
                                                          :
                          Debtors.                        :        Jointly Administered
                                                          :
                                                          :
-----------------------------------------------------------X

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtor's Chilean and/or Bermudan tax identification number, as applicable, are:  Inversiones Alsacia S.A. [400-3]; Express de Santiago Uno S.A. [390-2]; Inversiones Eco Uno S.A. [710-4]; and Panamerican Investments Ltd. [3471].  The location of the corporate headquarters and the service address for Inversiones Alsacia S.A. and Panamerican Investments Ltd. is:  Avenida Santa Clara 555, Huechuraba, Santiago, Chile.  The location of the corporate headquarters and the service address for Express de Santiago Uno S.A. and Inversiones Eco Uno S.A. is:  Camino El Roble 200, Pudahuel, Santiago, Chile.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of

the Bankruptcy Code.

5.      An entry shall be made on the docket of each of the Debtors' cases, other than

that of Inversiones Alsacia S.A., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the
> Federal Rules of Bankruptcy Procedure directing joint
> administration of the chapter 11 cases of:  Inversiones Alsacia
> S.A., Case No. 14-12896; Express de Santiago Uno S.A., Case No.
> 14-12897; Inversiones Eco Uno S.A., Case No. 14-12898; and
> Panamerican Investments Ltd., Case No. 14-12899.  All further
> pleadings and other papers shall be filed in, and all further docket
> entries shall be made in, Case No. 14-12896 (MG).

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of New York shall keep, one consolidated docket, one file and one consolidated service list.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

8.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

9.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Dated:  October 16, 2014
         New York, New York


                                        _____/s/Martin Glenn_____
                                             MARTIN GLENN
                                        United States Bankruptcy Judge

4