CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Lisa M. Schweitzer

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
*In re*                                                    :     Chapter 11
:
Inversiones Alsacia S.A., *et al.*,[1]                     :     Case No. 14-12896 (MG)
:
Debtors.                        :     Jointly Administered
:
:
:     **Re: Docket No. 16, 17, 98**
:
------------------------------------------------------------X

**NOTICE OF (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT FOR**
**AND CONFIRMING DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN AND**
**(II) THE EFFECTIVE DATE**

   **PLEASE TAKE NOTICE** that on December 4, 2014, the Honorable Martin Glenn, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures and (C) Forms of Ballots; and (II) Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 98] (the "Confirmation Order"), approving the Disclosure Statement [Docket No. 17] and confirming the *Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 16] (the "Plan") of the above-captioned debtors in possession (the "Debtors"). Unless otherwise

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtor's Chilean and/or Bermudan tax identification number, as applicable, are: Inversiones Alsacia S.A. [400-3]; Express de Santiago Uno S.A. [390-2]; Inversiones Eco Uno S.A. [710-4]; and Panamerican Investments Ltd. [3471]. The location of the corporate headquarters and the service address for Inversiones Alsacia S.A. and Panamerican Investments Ltd. is: Avenida Santa Clara 555, Huechuraba, Santiago, Chile. The location of the corporate headquarters and the service address for Express de Santiago Uno S.A. and Inversiones Eco Uno S.A. is: Camino El Roble 200, Pudahuel, Santiago, Chile.

defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Prime Clerk LLC, the notice, claims, and solicitation agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling (844) 276-3029; (b) emailing alsaciainfo@primeclerk.com; (c) visiting the Debtors' restructuring website, http://cases.primeclerk.com/alsacia; and/or (d) writing to Inversiones Alsacia Inquiries, c/o Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, NY 10022. Electronic copies of any pleadings filed with the Bankruptcy Court may be obtained for free by visiting the Debtors' restructuring website, http://cases.primeclerk.com/alsacia, or for a fee via PACER at http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that on December 17, 2014, each of the conditions precedent to the effectiveness of the Plan occurred or was waived in accordance with the provisions of the Plan. Accordingly, the Plan became effective and was substantially consummated on **December 17, 2014** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of Professional Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be filed no later than **February 2, 2014** (the "Professional Fees Bar Date") and shall be served on the Parties listed in Section 12.6 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

| | |
|---|---|
| Dated: December 17, 2014<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>*/s/ Lisa M. Schweitzer*<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>*Counsel for the Debtors and Debtors in Possession* |

2